Opinion issued March
31, 2011








 

 



 

 

 









 








 

     

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00237-CV

____________

 

HEMAMALINI PILLA, M.D., Appellant

 

V.

 

SHENEICE STEWART, Appellee

 

 

 



On Appeal from the 405th District Court 

Galveston County, Texas

Trial Court Cause No. 09CV0378

 

 

 



MEMORANDUM
OPINION

The parties have filed a joint motion
to dismiss this appeal.  Previously, at
the parties’ request, this appeal was abated for the parties to effectuate an
agreement to non-suit with prejudice appellant, Hemamalini Pilla, M.D.  In compliance with the abatement order, the
parties have now notified the Court that an agreement has been effectuated. 

          Accordingly,
the appeal is ordered reinstated, the joint motion to dismiss is granted, and
the appeal is dismissed.  See Tex. R. App. P. 42.1(a)(2),
43.2(f).  

          The Clerk is
directed to issue mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Chief Justice Radack and Justices Alcala and Bland.